# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO
_____

**DEBRA PHILLIS,**

**Plaintiff pro se,**

**v.**                                                   **CIV. No.  98-1373 JP/WWD**

**MICHAEL FARLEY, in his official
capacity as agent for the BOARD OF
EDUCATION OF THE ALAMOGORDO
PUBLIC SCHOOLS, and THE BOARD OF
EDUCATION OF THE ALAMOGORDO
PUBLIC SCHOOLS,**

**Defendants.**

## MEMORANDUM OPINION AND ORDER

The subjects of this Memorandum Opinion and Order are Defendants' Motion to Strike Plaintiff's Amended Complaint (Doc. No. 15) and Plaintiff's unopposed motion to substitute the named Defendants (Doc. No. 22).

Plaintiff's Third Amended Complaint appears to comply with my order entered March 3, 1999 regarding corrections to the case caption.  In addition, Defendants apparently do not contest the filing of Plaintiff's Third Amended Complaint.  Consequently, both motions should be granted.

IT IS THEREFORE ORDERED that:

(1)     Defendants' Motion to Strike Plaintiff's Amended Complaint (Doc. No. 15) is
         GRANTED in view of the fact that it has been superceded by Plaintiff's Third
         Amended Complaint, which was filed without objection; and

(2)     Plaintiff's unopposed motion to substitute the named Defendants (Doc. No. 22) is

GRANTED.

_____
**UNITED STATES DISTRICT JUDGE**